# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| PRIMO ORTHOPEDICS, LLC, a Florida Limited Liability Company, <br><br>Plaintiff, <br><br>v. <br><br>HUGHSTON ORTHOPAEDICS, L.L.C, a Georgia Limited Liability Company <br><br>Defendant. | ) ) ) ) ) ) ) Case No. 24-619 ) ) (Removed from the 18th Judicial ) Circuit Court of Florida, County of ) Brevard, Case No. 05-2024-CA- ) 018421-XXCA-BC) ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446, Defendant Hughston Orthopaedics, L.L.C. ("Hughston") hereby removes this action from the Eighteenth Judicial Circuit Court, County of Brevard, State of Florida, where it is now pending, to the United States District Court for the Middle District of Florida. Defendant states as follows to establish the United States District Court's jurisdiction:

## INTRODUCTION

1. On or about February 29, 2024, an action was commenced against Hughston in the Eighteenth Judicial District Court of Brevard County, Florida, entitled *Primo Orthopedics, LLC v. Hughston Orthopaedics, L.L.C.*, Cause No. 05-2024-CA-018421-XXCA-BC.

2. Counsel for Hughston accepted service of the Complaint on March 5, 2024.

3. Attached hereto as **Exhibit A** and incorporated herein by this reference is a true and accurate copy of the Court's file from the Eighteenth Judicial Circuit Court of Brevard County, as obtained by Hughston.

4. Hughston has given written notice of the filing of this Notice of Removal to Plaintiff and has filed a copy of this Notice of Removal with the Clerk of the Eighteenth Judicial Circuit Court of Brevard County. A copy of the Notice of Filing of Removal filed in the Eighteenth Judicial Circuit Court of Brevard County is attached hereto as **Exhibit B** and incorporated herein by this reference.

5. Pursuant to the requirements of 28 U.S.C. § 1446(a), this Notice of Removal is filed in the District Court of the United States for the District and Division in which the case is pending.

6. This Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1332(a), and the action is removable under 28 U.S.C. § 1441(a), in that there is complete diversity of citizenship among the parties and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7. This Notice of Removal has been filed in a timely manner pursuant to 28 U.S.C. § 1446(b) in that it has been filed within 30 days after receipt by

Hughston of the initial pleading setting forth Plaintiff's claim for relief, as received on March 5, 2024.

## I. Diversity of Citizenship

8. There is complete diversity in citizenship among the parties, in that Plaintiff is a citizen of Florida and Hughston is a citizen of Georgia.

9. For purposes of diversity jurisdiction, a limited liability company is a citizen of every state in which its members are citizens. *Rosenfeld v. Aerovanti, Inc.*, No. 8:23-CV-1893-CEH-AAS, 2023 WL 5625477, at *2 (M.D. Fla. Aug. 31, 2023).

10. For purposes of 28 U.S.C. § 1332 and 28 U.S.C. § 1441, Plaintiff is a citizen of the State of Florida.

   a. At the time this action was commenced and at all times since, Plaintiff is a statutorily created limited liability company organized under Florida law and existing with its principal place of business located in Brevard County, Florida. *See* Compl. ¶ 2.

   b. To Hughston's best knowledge and information, Primo Orthopedics, LLC has one member, Pasquale Reino. At the time this action was commenced and at all times since, Pasquale Reino has been domiciled in and is a citizen of Florida.

11. For purposes of 28 U.S.C. § 1332 and 28 U.S.C. § 1441, Defendant is a citizen of the State of Georgia.

a. At the time this action was commenced and at all times since, Defendant Hughston Orthopaedics, L.L.C. is a statutorily created limited liability company organized under Georgia law and existing with its principal place of business located in Muscogee County, Georgia.

b. Hughston Orthopaedics, L.L.C., has one member, HMMG, L.L.C. HMMG, L.L.C. is a statutorily created limited liability company organized under Georgia law and existing with its principal place of business located in Muscogee County, Georgia.

c. HMMG, L.L.C.'s members are individual persons, all of whom at the time this action was commenced, and all times since have been domiciled in and citizens of Georgia.

   i. Brent A. Ponce, MD, a citizen and resident of Georgia.

   ii. John D. Dorchak, MD, a citizen and resident of Georgia.

   iii. Patrick J. Fernicola, MD, a citizen and resident of Georgia.

   iv. Frederick C. Flandry, MD, a citizen and resident of Georgia.

   v. Kurt E. Jacobson, MD, a citizen and resident of Georgia.

   vi. David C. Rehak, MD, a citizen and resident of Georgia.

   vii. John I. Waldrop, MD, a citizen and resident of Georgia.

   viii. James E. McGrory, MD, a citizen and resident of Georgia.

   ix. Douglas W. Pahl, MD, a citizen and resident of Georgia.

    x.    M. Matthew Tucker, MD, a citizen and resident of Georgia.

    xi.    Champ L. Baker, III, MD, a citizen and resident of Georgia.

    xii.    Kevin J. Collins, MD, a citizen and resident of Georgia.

    xiii.    Ryan M. Geringer, DO, a citizen and resident of Georgia.

    xiv.    David H. MacDonald, DO, a citizen and resident of Georgia.

    xv.    Mark Baker, a citizen and resident of Georgia.

    xvi.    Randall J. Ruark, MD, a citizen and resident of Georgia.

    xvii.    J. Matthew Heaton, MD, a citizen and resident of Georgia.

    xviii.    B. Collier Watson, DO, a citizen and resident of Georgia.

    xix.    Brook G. Bearden, MD, a citizen and resident of Georgia.

    xx.    Garland K. Gudger, Jr., MD, a citizen and resident of Georgia.

    xxi.    Dustin P. Gay, MD, a citizen and resident of Georgia.

    xxii.    Matthew G. Stewart, MD, a citizen and resident of Georgia.

    xxiii.    L. Erik Westerlund, MD, a citizen and resident of Georgia.

    xxiv.    Randall L. Murphy, MD, a citizen and resident of Georgia.

    xxv.    J. Heath Richter, MD, a citizen and resident of Georgia.

    xxvi.    Charles W. Hartzog, Jr., MD, a citizen and resident of Georgia.

    xxvii.    Michael E. Davis, MD, a citizen and resident of Georgia.

    xxviii.    Hussein W. Turki, MD, a citizen and resident of Georgia.

  xxix.  G. Dexter Walcott, Jr., MD, a citizen and resident of Georgia.

  xxx.  David M. Gloystein, MD, a citizen and resident of Georgia.

## II. Amount in Controversy

12. The amount in controversy exceeds the sum of $75,000, exclusive of interest and cost.

13. Plaintiff alleges that Hughston breached the parties' contract, causing damage to Plaintiff in the amount of (at minimum) $108,253.44. *See* Compl. ¶ 15. In its breach of contract claim, Plaintiff also requests unspecified amounts for other alleged contractual breaches. *See* Compl. ¶ 26(a), (c),

14. Plaintiff also brings claims against Hughston for civil theft. Under this claim, Plaintiff seeks to treble the damages alleged in the breach of contract claim for a total of $324,760.32. *See* Compl. at Count II "WHEREFORE" clause.

15. Hughston expressly denies liability and that Plaintiff has suffered any damages.

16. Based on the allegations and the nature of the relief sought against Hughston in Plaintiff's Complaint, it reasonably appears that the amount in controversy with respect to Plaintiff's claims, exclusive of interest and costs, exceeds the sum of $75,000.

17. Thus, the amount in controversy is sufficient to establish diversity jurisdiction under 28 U.S.C. § 1332(a).

18. Therefore, complete diversity of citizenships exists, and jurisdiction is proper in this Court under 28 U.S.C. § 1332(a).

### III. This Matter is Properly Removed to this Court.

19. Accordingly, the Court has federal diversity jurisdiction over this action pursuant to 28 U.S.C. § 1331, and removal is proper under 28 U.S.C. § 1441.

20. In filing this Notice of Removal, Hughston does not waive any defenses that may be available, including without limitation, jurisdiction or venue. Hughston does not admit any of the factual allegations in the complaint. Rather, Hughston expressly reserves the right to contest those allegations at the appropriate time.

WHEREFORE, Defendant Hughston Orthopaedics, L.L.C. gives notice that Plaintiff's claims are removed from the Eighteenth Judicial Circuit Court of Brevard County, Florida, to the United States District Court for the Middle

District of Florida, for exercise of jurisdiction over this action as though this action had originally been instituted in this Court.

Dated this 1st day of April 2024.

                    Respectfully submitted,

                    HUSCH BLACKWELL LLP

                    By: */s/ Erica Conklin Baines*
                        Erica Conklin Baines, FL Bar ID# 58121
                        120 S. Riverside Plaza, Suite 2200
                        Chicago, IL 60606
                        Telephone: 312.526.1551
                        Erica.Baines@huschblackwell.com

                    ***Attorney for Defendant Hughston Orthopaedics, L.L.C.***